**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7137**

———————

TWYJUAN D. JENKINS,

        Petitioner – Appellant,

    v.

ERIC D. WILSON,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:15-cv-00313-CMH-IDD)

———————

Submitted: November 13, 2015     Decided: November 18, 2015

———————

Before KING, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

TwyJuan D. Jenkins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

TwyJuan D. Jenkins appeals the district court's order dismissing this action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jenkins v. Wilson, No. 1:15-cv-00313-CMH-IDD (E.D. Va. July 6, 2015). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED